1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10   SCOTT JOHNSON,                         Case: 3:16-CV-00760-MEJ

11            Plaintiff,                    **ORDER**
     v.

12
     KARL K. NIYATI, Trustee of the
13   Niyati Family Living Trust dated
     March 9, 1989;
14   JOYCE J. NIYATI, Trustee of the
     Niyati Family Living Trust dated
15   March 9, 1989;
     MALGORZATA          IZABELA
16   DEGUZMAN;
     RAYMOND            MARIANO
17   DEGUZMAN; and Does 1-10

18            Defendants.

19

20                        **ORDER**

21

22       Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered

23   dismissed with prejudice, each party to bear their own attorneys' fees and

24   costs.

25   Dated: July 18, 2016    _____

26                           HONORABLE MARIA-ELENA JAMES
                             UNITED STATES MAGISTRATE COURT
27                           JUDGE

28

                                 1

Joint Stipulation for Dismissal          Case: 3:16-CV-00760-MEJ